```
KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
CRISTIAN ARREOLA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRISTIAN ARREOLA,<br><br>　　　　Defendant.<br>_____ | No. CR.S-04-0318 MCE<br><br><br><br>STIPULATION AND ORDER |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Phil Ferrari, Assistant United States Attorney, together with counsel for defendant, Kevin D. Clymo, that the previously set status conference of October 25, 2005 be continued to November 15, 2005 at 8:30 a.m.

　　　This continuance is requested because counsel for the defendant received the 400+ pages of discovery from the previous attorney for the defendant on October 19, 2005.  Counsel has not been able to have any meaningful contact with Mr. Arreola and continuing the status conference will allow counsel to read the discovery and meet with the defendant to review and discuss the defendant's options.

　　　Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States

1

```
 1  Code, section 3161(h)(8)(B)(iv) (continuity of counsel/
 2  reasonable time for effective preparation) and Local Code T4.
 3  IT IS SO STIPULATED.
 4  Dated: October 24, 2005              /s/ Kevin D. Clymo
                                        KEVIN CLYMO
 5                                      Attorney for Defendant
                                        Cristian Arreola
 6
 7
 8  Dated: October 24, 2005             McGREGOR W. SCOTT
                                        United States Attorney
 9
10                                      by: /s/ Phil Ferrari
                                        PHIL FERRARI[1]
11                                      Assistant U.S. Attorney
```

---

[1] Kevin D. Clymo has obtained authorization to sign on behalf of Phil Ferrari

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the October 25, 2005 status conference be continued to November 15, 2005 at 8:30 a.m.  It is further ordered that time be excluded pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.

Dated: November 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28