KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
CRISTIAN ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-04-0318 MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| CRISTIAN ARREOLA, ) | |
| Defendant. ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Phil Ferrari, Assistant United States Attorney, together with counsel for defendant, Kevin D. Clymo, that the previously set judgment and sentence date of December 6, 2005 be continued to January 10, 2006 at 8:30 a.m.[1]

   It is further stipulated that the following proposed sentencing scheduled be adopted:

Defendant's sentencing memorandum due:      December 6, 2005
Government's reply due:                     December 13, 2005

---

[1] The parties have been advised by this Court's Clerk that January 10, 2006 at 8:30 a.m. is an available date and time for judgment and sentencing in this matter.

1

IT IS SO STIPULATED.

Dated: December 1, 2005                    /s/ Kevin D. Clymo
                                          KEVIN CLYMO
                                          Attorney for Defendant
                                          Cristian Arreola


Dated: December 1, 2005                   McGREGOR W. SCOTT
                                          United States Attorney

                                     by:  /s/ Phil Ferrari
                                          PHIL FERRARI[2]
                                          Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 6, 2005 judgment and sentence date be continued to January 10, 2006 at 8:30 a.m.

Dated: December 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Kevin D. Clymo has obtained authorization to sign on behalf of Phil Ferrari.